# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **PIERRE JORDAN, #M07905** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| vs. | ) Case No. 17-cv-00625-SMY |
| | ) |
| **DR. BROOKHART,** | ) |
| | ) |
| **Defendant.** | ) |

## JUDGMENT IN A CIVIL ACTION

**IT IS HEREBY ORDERED AND ADJUDGED** that, having been advised by the parties that all claims in this matter have been settled or otherwise resolved, and the parties having filed a Stipulation to Dismiss (Doc. 60), this action is **DISMISSED with prejudice**.  Accordingly, the Clerk of Court is **DIRECTED** to close this case.

**DATED:  June 8, 2020**

                                            **MARGARET M. ROBERTIE, CLERK OF COURT**

                                            **By:** *s/ Tanya Kelley*
                                                **Deputy Clerk**

**APPROVED:** *s/ Staci M. Yandle*_____
                 **STACI M. YANDLE**
                 **United States District Judge**